UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| THOMAS PETRO, | ) | CASE NO. 1:19CV27 |
|---|---|---|
| Plaintiff, | ) ) | JUDGE JOHN R. ADAMS |
| -vs- | ) ) ) | MEMORANDUM OF OPINION |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | AND ORDER |
| Defendant. | ) ) | |

On December 20, 2019, the Magistrate Judge in this matter submitted a report and recommendation (Doc. 13) recommending that the Court AFFIRM the Commissioner's decision.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service. To date, no objections have been filed in this matter. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The decision of the Commissioner is hereby AFFIRMED.

IT IS SO ORDERED.

Dated: January 14, 2020             */s/ John R. Adams*
                                    JOHN R. ADAMS
                                    UNITED STATES DISTRICT JUDGE